UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAYTONA BEACH RESORT, LLC

      Plaintiff,                     CASE NO.: 6:24-cv-00358-ACC-EJK
v.                                                      6:24-cv-01831-ACC-RMN

AMERICAN BANKERS INSURANCE
COMPANY,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09(a), Plaintiff, Daytona Beach Resort, LLC, and Defendant, American Bankers Insurance Company of Florida, (collectively the "Parties") hereby advise the Court of the Parties' Settlement.[1] The Parties are presently finalizing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**[INTENTIONALLY LEFT BLANK]**

---

[1] The Court consolidated Plaintiff's two separate cases arising from Hurricane Ian and Hurricane Nicole claims as reflected Court's Order issued on March 25, 2025 (D.E. 35). This settlement is a global resolution of both claims, and both cases.

Dated: July 7, 2025                                       Respectfully submitted,

| | |
|---|---|
| By: */s/ William M. Compton* <br> William Maxwell Compton, Esq. <br> Admitted pro hac vice <br> 200 Stephenson Ave., Suite 200 <br> Savannah, GA 31405 <br> Direct: (912) 443-1017 <br> Fax: (912) 443-1184 <br> Email: MCompton@forthepeople.com <br><br> And <br><br> J. Ryan Will, Esq. <br> Florida Bar No. 0024122 <br> **MORGAN & MORGAN, P.A.** <br> 444 Seabreeze Boulevard, Suite 100 <br> Daytona Beach, Florida 32118 <br> Telephone: (386) 281-6790 <br> Facsimile: 386-265-6551 <br> Email: rwill@forthepeople.com <br> Counsel for Plaintiffs | By: */s/ Nikolas M. Hernandez* <br> Eugene P. Murphy <br> Florida Bar No. 638501 <br> Nikolaos Hernandez <br> Florida Bar No. 1018058 <br> **ROBINSON + COLE LLP** <br> 777 Brickell Avenue, Suite 680 <br> Miami, FL 33131 <br> Telephone: (786) 725-4120 <br> Facsimile: (786) 725-4121 <br> Email:             emurphy@rc.com; <br> nhernandez@rc.com |

2