# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAYTONA BEACH RESORT, LLC,**

        **Plaintiff,**

**v.**                                **Case No.   6:24-cv-358-ACC-NWH**

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by **counsel for both parties** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file. The Clerk is also directed to close Case Number 6:24-cv-1831, which was previously consolidated with this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 9, 2025.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record